DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

GODLEY v. COUNTY OF PITT

No. 140 PC.

Now No. 87 PA 82.

Case below: 54 N.C. App. 324.

Petition by defendants (Town of Winterville and Great American Insurance) for discretionary review under G.S. 7A-31 allowed 3 March 1982.

GRAHAM v. CITY OF RALEIGH

No. 28 P 82.

Case below: 55 N.C. App. 107.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 March 1982.

GREESON v. BYRD

No. 172 PC.

Case below: 54 N.C. App. 681.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

HARRINGTON MFG. v. LOGAN TONTZ CO.

No. 171 PC.

Case below: 54 N.C. App. 693.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

HOFFMAN v. TRUCK LINES, INC.

No. 148 PC.

Now No. 89 PA 82.

Case below: 54 N.C. App. 643.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 March 1982.